AO 93 (Rev. 11/13) Search and Seizure Warrant

# United States District Court
## for the
### Western District of New York

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address.)*

4-door 2017 red Dodge Ram pickup truck, bearing New York State license plate HUC7495 ("Target Vehicle")

Case No. 21-MJ- 5113-02

(FILED UNDER SEAL)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of New York *(identify the person or describe the property to be searched and give its location)*:

4-door 2017 red Dodge Ram pickup truck, bearing New York State license plate HUC7495 ("Target Vehicle"), as described further in Attachment A, attached hereto and incorporated by reference.

I find that the affidavit, incorporated herein by reference, or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Schedule of Items listed in Attachment B, which is attached hereto and incorporated herein by reference.

All of which are evidence, fruits, and instrumentalities of a violations of 18 U.S.C. §§ 1703(a) and 1709, which are more particularly described in the application for this warrant which is incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____ June 3, 2021 _____
                                                                                *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Hon. Michael J. Roemer   .
                                                                                *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*.    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: May 20, 2021 10:17am

City and State: Buffalo, New York

*Judge's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 21-MJ-5113-02 | Date and time warrant executed: 05/21/21  0900 | Copy of warrant and inventory left with: Christopher Allen |

Inventory made in the presence of: Thomas Parzymicso ~~Jeffrey Boetthal~~

Inventory of the property taken and name of any person(s) seized:

No evidence taken from Target ~~Premesis~~ vehicle.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/21/21

Executing officer's signature: Brendan M. Boone

Printed name and title: Brendan M. Boone / USPS OIG Special Agent

### Red 2017 Dodge Ram Pickup Truck, NYS Tag HUC7495 ("Target Vehicle")

The Target Vehicle is a 4-door red 2017 Dodge Ram Pickup Truck bearing NYS Tag HUC7495 and registered to ALLEN at 5529 Walmore Road, Lewiston, New York, 14092. The truck has multiple stickers on the rear window, one of which includes a United States Air Force decal. The vehicle was observed in the driveway of 5529 Walmore Drive on April 12, April 19, May 18, and May 19, 2021. Photograph of the Target Vehicle are below:



## ATTACHMENT B - Items to Be Searched For And Seized

### The following items which constitute evidence, fruits, contraband, and instrumentalities of violations of Title 18, U.S.C. 1703 and Title 18, U.S.C. 1709:

1. Property belonging to, or entrusted to, the U.S. Postal Service, including mail, newspapers, parcels and envelopes torn or otherwise, gift cards, personal checks, cash, greeting cards, and receipts associated with such mailings;

2. Any mail not addressed to CHRISTOPHER ALLEN and/or any other resident of 5529 Walmore Road, Lewiston, New York 14092;

3. Documents concerning the ownership and residency of the searched locations, to including but not limited to utility and telephone bills, mailings, or addressed correspondence; and

4. Documents relating to the storage of items, records, or documents at any location, including but not limited to contracts and lease agreements for storage units or safe deposit boxes.

4